MARK W. GOOD (Bar No. 218809)
TERRA LAW LLP
50 W. San Fernando St., Suite 1415
San Jose, California 95113
Telephone:  408-299-1200
Facsimile:  408-998-4895
Email:  mgood@terra-law.com

JONATHAN T. SUDER (*Pro Hac Vice To Be Filed*)
CORBY R. VOWELL (*Pro Hac Vice To Be Filed*)
TODD I. BLUMENFELD (*Pro Hac Vice To Be Filed*)
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas  76102
Telephone:  (817) 334-0400
Facsimile:  (817) 334-0401
Email:  jts@fsclaw.com
Email:  vowell@fsclaw.com
Email:  blumenfeld@fsclaw.com

Attorneys for Plaintiff
SOFTVAULT SYSTEMS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>KONY, INC.,<br><br>Defendants. | CASE NO.<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1**<br><br>**JURY TRIAL DEMANDED** |

**1**
**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1**

Plaintiff SOFTVAULT SYSTEMS, INC. hereby submits its corporate disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. SOFTVAULT SYSTEMS, INC. hereby states that it has no parent corporation, nor does any publicly held company own 10% of its stock

DATED: November 4, 2016   /s/ Mark W. Good

Mark W. Good
(Bar No.218809)
TERRA LAW
50 W. San Fernando St., Suite 1415
San Jose, California 95113
Telephone:  408-299-1200
Facsimile:  408-998-4895
Email:  mgood@terra-law.com

Attorney for Plaintiff
SOFTVAULT SYSTEMS, INC.

Of Counsel:

Jonathan T. Suder
Corby R. Vowell
Todd Blumenfeld
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas  76102
Telephone:  (817) 334-0400
Facsimile:  (817) 334-0401
Email:  jts@fsclaw.com
Email:  blumenfeld@fsclaw.com
Email:  vowell@fsclaw.com

4820-5122-5147, v. 1