| | |
|---|---|
| MARK W. GOOD (Bar No. 218809)<br>TERRA LAW LLP<br>50 W. San Fernando St., #1415<br>San Jose, California 95113<br>Telephone:  408-299-1200<br>Facsimile:  408-998-4895<br>Email:  mgood@terra-law.com<br><br>JONATHAN T. SUDER *(PHV To Be Filed)*<br>CORBY R. VOWELL *(PHV To Be Filed)*<br>TODD I. BLUMENFELD *(PHV To Be Filed)*<br>**FRIEDMAN, SUDER & COOKE**<br>Tindall Square Warehouse No. 1<br>604 East 4th Street, Suite 200<br>Fort Worth, Texas 76102<br>Telephone: (817) 334-0400<br>Facsimile: (817) 334-0401<br>Email:jts@fsclaw.com<br>Email:vowell@fsclaw.com<br>Email: blumenfeld@fsclaw.com<br>**Counsel for Plaintiff**<br>**SOFTVAULT SYSTEMS, INC.** | MARK D. FOWLER (Bar No. 124235)<br>AARON WAINSCOAT (Bar No. 218339)<br>ROBERT BUERGI (Bar No. 242910)<br>ERIK R. FUEHRER (Bar No. 252578)<br>**DLA PIPER LLP (US)**<br>2000 University Avenue<br>East Palo Alto, CA  94303-2214<br>Telephone:    650.833.2000<br>Facsimile:     650.833.2001<br>mark.fowler@dlapiper.com<br>aaron.wainscoat@dlapiper.com<br>robert.buergi@dlapiper.com<br>erik.fuehrer@dlapiper.com<br>**Counsel for Defendant**<br>**SAMSUNG ELECTRONICS AMERICA, INC.**<br><br>**Additional Counsel Listed on Signature Pages** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>          Defendant. | CASE NO.  4:16-cv-04802-YGR<br><br>**JOINT CLAIM CONSTRUCTION STATUS REPORT** |
| SOFTVAULT SYSTEMS, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>KONY, INC.,<br><br>          Defendant. | CASE NO.  4:16-cv-06469-YGR |

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADOBE SYSTEMS INCORPORATED, <br><br> Defendant. | CASE NO. 4:16-cv-06474-YGR |

Pursuant to the Court's Order of February 22, 2017 (Dkt. 39), Plaintiff SoftVault Systems Inc. ("SoftVault" or "Plaintiff") and Defendants Samsung Electronics America, Inc. ("Samsung"), Kony, Inc. ("Kony"), and Adobe Systems Incorporated ("Adobe") (collectively, "Defendants") (SoftVault and the Defendants are sometimes referred to herein as "Parties") jointly submit this Joint Claim Construction Status Report in advance of the April 17, 2017 telephonic status conference.

Plaintiff served its Preliminary Infringement Contentions on each of the Defendants on February 21, 2017. Defendants served their Preliminary Invalidity Contentions on April 7, 2017. Based on these disclosures, the following patents and claims are asserted by Plaintiff against the Defendants:

Defendant Samsung

    Patent: 6,249,868    Claims: 1 and 44

    Patent: 6,594,765    Claim: 9

Defendant Kony

    Patent: 6,249,868    Claims: 1 and 44

    Patent: 6,594,765    Claim: 9

Defendant Adobe

    Patent: 6,249,868    Claim: 44

    Patent: 6,594,765    Claim: 11

The Parties have met and conferred regarding the potential number of claim terms likely to be in dispute. At this time, the Parties do not anticipate that there will be more than 10 unique disputed claim terms requiring construction once the Parties have exchanged proposed terms, exchanged proposed constructions, and met and conferred to narrow the issues for the Joint Claim Construction Statement.

Dated: April 13, 2017            /s/ Corby R. Vowell

MARK W. GOOD (Bar No. 218809)
TERRA LAW LLP
50 W. San Fernando St., #1415
San Jose, California 95113
Telephone: 408-299-1200
Facsimile: 408-998-4895
Email: mgood@terra-law.com

Jonathan T. Suder (*PHV to be filed*)
Corby R. Vowell (*PHV to be filed*)
Todd Blumenfeld (*PHV to be filed*)
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
Facsimile: (817) 334-0401
Email: jts@fsclaw.com
Email: vowell@fsclaw.com
Email: blumenfeld@fsclaw.com

**Attorney for Plaintiff
SOFTVAULT SYSTEMS, INC.**

Dated: April 13, 2017            /s/ Aaron Wainscoat

MARK D. FOWLER
AARON WAINSCOAT
ROBERT BUERGI
ERIK R. FUEHRER
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303-2214
Telephone:    650.833.2000
Facsimile:    650.833.2001

| | |
|---|---|
| 1 | mark.fowler@dlapiper.com |
| 2 | aaron.wainscoat@dlapiper.com |
|   | robert.buergi@dlapiper.com |
| 3 | erik.fuehrer@dlapiper.com |
| 4 | **Counsel for Defendant** |
|   | **SAMSUNG ELECTRONICS AMERICA,** |
| 5 | **INC.** |
| 6 | Dated: April 13, 2017      /s/ Michael J. Sacksteder |
| 7 |   |
|   | Michael J. Sacksteder |
| 8 | CSB No. 191605 |
|   | msacksteder@fenwick.com |
| 9 | **FENWICK & WEST LLP** |
|   | 555 California Street, 12th Floor |
| 10 | San Francisco, CA 94104 |
|   | Telephone:   415.875.2300 |
| 11 | Facsimile:    415.281.1350 |
| 12 | **Counsel for Defendant** |
| 13 | **KONY, INC.** |
| 14 |   |
| 15 | Dated: April 13, 2017      /s/ Ryan Casamiquela |
| 16 | Michael A. Berta (Bar No.194650) |
|    | michael.berta@apks.com |
| 17 | Ryan Casamiquela (Bar No. 228559) |
|    | ryan.casamiquela@apks.com |
| 18 | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| 19 | Three Embarcadero Center, 10th Floor |
|    | San Francisco, CA 94111-4024 |
| 20 | Telephone: 415.471.3100 |
|    | Fax: 415.471.3400 |
| 21 |   |
| 22 | **Attorneys for Defendant** |
|    | **ADOBE SYSTEMS INCORPORATED** |

-4-
JOINT CLAIM CONSTRUCTION STATUS REPORT
CASE NOS. 4:16-cv-04802; 4:16-cv-06469; 4:16-cv-06474 YGR