UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC., <br><br>　　　Plaintiff, <br><br>　　vs. <br><br>KONY, INC., <br><br>　　　Defendant. | Case No.: 16-CV-06469-YGR <br><br> ORDER VACATING DATES AND SETTING COMPLIANCE HEARING |

The Court understands, based upon the representations of the parties, that the parties in the above-captioned case have reached a settlement in principle and are working to finalize the terms of a settlement agreement between the parties. Accordingly, all pending motion, case management, and trial dates are **VACATED**. A compliance hearing shall be held on the Court's **9:01 a.m.** calendar on **Friday, July 21, 2017**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

**IT IS SO ORDERED**.

Dated: June 12, 2017

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE